No. 3252. — MELÉNDEZ, APLDA., v. GANDÍA, APLTE. — C. D.

San Juan, Distrito 1º. Cobro de servicios profesionales. Junio 16, 1924. Confirmada la sentencia apelada vistas la demanda, la prueba practicada y los casos de *Freyre* v. *Sucesión de A. Sevillano,* 28 D.P.R. 396, y *W. T. Woodbridge & Co.* v. *Díaz,* 28 D.P.R. 865, citados por el apelado.